UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNG HOANG DUONG,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-04870-SSC<br><br>JUDGMENT |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted.
2. Respondents are ordered to release **Dung Hoang Duong (A# 025-404-325)** from custody immediately under conditions of supervision found to be appropriate by the decisionmaker.
3. The Clerk of Court is directed to close this case.

DATED: September 4, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE